UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JIMENEZ

#CA 08 346S

v.

WALL et, al.

## MOTION FOR APPOINTMENT OF COUNSEL

Now Comes the Pro Se, untrained novice and respectfully requests appointment of counsel for this matter, which entails a **CAPITOL OFFENSE.**

## MOTION FOR BAIL AWAITING APPEAL

The defendant respectfully requests that this Honorable Court release him on bail due to the very substantial liklihood of sucess, where-as the goverment agrees that NO lesser included offense charge was given.

Respectfully;
[signature] 9/4/08
Mariano Jimenez (Pro Se)

CERTIFICATE OF SERVICE:
A copy of all documents were sent to Patricia Coyne Fague on 9/4/08 by Interdepartmental mail.
Signed; [signature] dated: 9/4/08