UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JIMENEZ

v.

WALL et, al.

#CA 08 346S

MOTION FOR APPOINTMENT OF COUNSEL

Now Comes the Pro Se, untrained novice and respectfully requests appointment of counsel for this matter, which entails a **CAPITOL OFFENSE.**

MOTION FOR BAIL AWAITING APPEAL

The defendant respectfully requests that this Honorable Court release him on bail due to the very substantial liklihood of sucess, where-as the goverment agrees that NO lesser included offense charge was given.

Respectfully;
9/4/08
Mariano Jimenez (Pro Se)

CERTIFICATE OF SERVICE:

A copy of all documents were sent to Patricia Coyne Fague on 9/4/08 by Interdepartmental mail.

Signed: ______ dated: 9/4/08