UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Mariano Jimenez,
    Petitioner

v.                                                  C.A. No. 08-346S

Ashbel T. Wall,
    Respondent

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on November 4, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's appeal to the Magistrate Judge's Report and Recommendation is DENIED. Respondent's Motion to Dismiss is GRANTED. This matter is hereby dismissed with prejudice.

By Order,

/s/ Wendy Deile
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: 11/21/08